Feb. 24, 2011
P.O. Box 1000 - 3A
Unit 3,
Chattahoochee, Fl.
32324-1000

United State Court House for the Northern District of Florida
Clerk of the court:

4:11cv85-RH/WCS

Rec'd0225'11UsDcFlnd4PM0151

Dear Sir or Madam:

This is a correspondence that is to be construed as a complaint for abuse by over medicate at Florida State Hospital located in Chattahoochee, Florida.

Per a conversation by phone with one of your colleagues I explained how I have been over medicated with Zyprexa-Olazapine by Eli Lilly pharmaceutical and how it is causing me pain in my cranial muscles, excessively. As far as neuroleptic medication is concerned, I am on a regiment schedule of 20 milligram of Zyprexa and 3 milligrams of Klonopin per day.

Prior to being on that schedule I was administered 6 milligram of a medication called Risperdal of 6 milligrams which is 12 times the minium dosage. ¶ I had blurred vision, perception anomalies, cognitive disfunction, headaches, cranium muscle stiffness, drooling, tremors, and restlessness, impairment of short term memory impairment and pseudo-parkinsonism. This has caused pain and suffering.

I have enclosed a copy of a correspondence to Dr. Vidalia Upach, many of the staff use fictitious names. ¶ On Feb 23rd in the dining room I conferred with Dr. Degala about the situation, she refused to write a prescription to lower my medication to a tolerable level. However, in the P.M. medication I didn't fill the pain that I usually experience in the top of my head. ¶ If this form is not the proper protocol for filing a complaint please send me an appropriate form.

Please find enclosed a copy of a correspondence send to Dr. Vadalia Upach, 2/10/2011. This complaint is in Violation of my Civil Rights.

Very truly yours,

Ayokunle O. Kwanzaa

Ayokunle O. Kwanzaa
P.O. Box 1000-3A
Chattahochee, Florida 32324-100

have the medication reduced considerably, as in the legal model substitute judgement. ¶ Prior to being admitted to FSH I was on a tolerable level of medication considerably much less than what I am on now. ¶ Both with the Life Management, Inc. of Panama City and the Apalachee Center for Human Services of Tallahassee branch office in Franklin County. Being the case that I am not guilty of the charges that I was brought to FSH on and prior medical records, pharmaceuticals, were not considered. I trust that you can bring forth before your supervisor that I may be discharged from FSH in order that I can be vindicated and go about my matters, task, affairs, and responsibilities. Medication schedule also includes 3mg of Klopin, Cogentin was discontinued

Very Truly Yours,

Ayokunie O. Kwanzaa

Thursday Feb. 10, 2011

Dear Dr. Upah, Vidalia

This correspondence is written to apprise you of the adverse conditions that I am experiencing with the medication schedule that you prescribed on Wed. Feb. 2, 2011 with nurse Cathy Hunter present providing assistance in addition to prior regimen. I stated that 20mg of Zeprexa-Olazapine was a mega dose you replied that 40mg would be a mega-dose. ¶ You failed to indicate the concept of informed consent about the severe toxic and debilitating effects of the medication that you prescribed. I am experiencing blurred vision, cranial muscle stiffness, drowsiness, akathesia, motor restlessness, shuffling gait at times and some pseudo-parkinsonian conditions. ¶ Dr. Degala indicated that she was acting in your behalf when after my

(1)

Opthamologist appointment at the Eye Associates of Tallahassee, I was placed on a 6mg schedule of risperdal which the minimum dosage is .5mg. I received 12 times the minimum dosage. I became extremely ill, drolling, perception problems, cognitive disruptions, and blurred vision. The effect that I had to leave a scheduled activity class and return to the unit. The risperdal was reduced by Dr. Degala to 4mg. Even that being the case, I have had short term memory lapses. ¶ As you are aware, the medication can lead to tardive dyskinesia which some of the symptoms are blurred vision and other of the aforementioned. ¶ The seriousness of neuroleptic malignant syndrome was not discussed. If in role reversal, I believe that you would

(2)