P.O. Box 1000-3A
Chattahoochee, Florida 32324-1000
March 28, 2011

Ms. Jessica J. Lyublanovits          Case No. 4:11-CV-00085-RH-WCS
United States District Court
Northern District of Florida
Clerk of Court
111 N. Adams Street
Tallahassee, Florida 32301-7717

Dear Ms. Lyublanovits:

As of March 10, 2011, I forwarded a correspondence and a packet of documents pertaining to the 2nd judicial circuit of Florida and a document indicating my financial position de jure to your office. I trust that the complainant can continue this litigation as in forma pauperis since I don't have control of my expenditures and the psychology team may be reluctant to send, beginning with 20% of the $350.00 filing fee, a check for such expense.

I have enclosed an addendum to the case, verification that I have tried to get in touch with the hospital attorney, a copy of Florida Statutes 916 competency test, and copy of title of pleading and certificate of service.

I trust that the court will be instrumental in the remedy of this situation by the awarding compensatory and punitive damages in excess of $75,000.00.

Respectfully Submitted,           Your leniency on having the toxic medication
                                  ~~medacred~~ ~~discontinued~~ and discharge per junior
Ayokunie Osceola Kwanza           will be greatly appreciated.

c.c.w. Florida State Hospital.com            enclosures:

March 10, 2011
P.O. Box 1000-3A
Chattahoochee, FL 32324-1000

Clerk of the Court
United States District Court
Northern District of Florida
Tallahassee, Florida
111 North Adams Street, Suite 322
Tallahassee, Florida 32301-7717

Ayokunie Osceola Kwanzaa
Plaintiff

vs

Florida State Hospital
Diane James, Administrator
Anthony Reed, Unit 3 Director

Dear Madam:

This is in regards to case number 4:11-CV-00085-RH-WCS, this complaint of violation of my Civil Rights on account of my Catholic faith based teaching and doctrine, political affiliation, race, gender, orientation of hetero, education, nationality, creed, computer user in this hostile environment at Florida State Hospital, by staff and some of the residents who may be under the auspices of the Dept of Corrections or treatment and evaluation center.

The plaintiff, Ayokunie Osceola Kwanzaa, has been charged with aggravated assault and disorderly conduct of March 27, 2006 by the State of Florida, Franklin County Sheriff's Department. The Plaintiff is not guilty of the charges. In 2008 the plaintiff was given the option of getting credit for time served by a gentleman that didn't identify himself who was probably a judicial officer of the state. I, Ayokunie Osceola Kwanzaa am not guilty of the charges. In addition, the plaintiff was told that if he didn't plead NGRI not guilty by reason of insanity that he would be held by Florida State Hospital for five years (punitively) by Dr. Reeves a psychologist. The staff and some of the residents use fictitious names.

According to Florida Statute 916.145 the charges will be dropped if the resident is construed incompetent after 5 years which will be

( 1 - 3 )

March 27, 2011. That being the case, the competency team psychologist are still construing me as incompetent. They have indicated that they want me placed in supervised housing ALF situated in Madison, Florida by Apalachee Center for Human Services under their auspices, being I have been defined as non-restorable.

The last competency test that I took by the Psychologist team was conducted Monday February 21, 2011 by Kimberly McCollum, Psy.D Senior Psychologist Dr. Leslie, and Mr. Avery, as previously indicated the staff use fictitious names. Unit Psychiatrists are Ajita Sogala, M.D. and Vidalia Upah, MD Psychiatrist.

I have been prejudiced against by staff at Florida State Hospital because I am a 57 year old Catholic faith, Republican affiliated Black Man, that with all due respect to the court called by a team member while in team a socialist bastard. I had indicated an interest in the purchase of shares of stock in Washington Mutual Insurance Company, Seattle, Washington. There has been embezzlement from my resident trust financial account and failure to credit my account with the income tax returns and the $600.00 tax rebate 2008 by president Bush. I have been required to purchase my own clothing some of which have been cut and torn while other residents have been given items of clothing by the state. After a stay predicated on me, I was required to stay out of the unit 3A building in near freezing weather to the point that I had pain in my joints to get my unescorted freedom of movement card back. Some of the clothes that I purchased I was required to put into storage. I had a television and a hand held radio when I was assigned to unit 3 in which I don't have now that staff stated was in storage. I have had splinters placed under my fingernails while asleep and had my

(2-3)

finger nails clipped to the point of my nails separating from my flesh, Pontine Carbachol. I have had an x-ray on Monday, March 17 to check for torn ligaments in my hip. Injections in my groin area. Frowned upon when certain items are purchased from the canteen store, ethnic products, such as Coca-Cola, green tea, raisins, peach beverages, ect. I have mentioned some of the spiteful behavior that has been directed towards me. In addition, I have had some of my intellectual property removed. The totality of the discrimination can be brought before the court in order to bring all of such to fruition. ¶ I have enclosed copies of documents that I sent to the Franklin County Public Defender, Kevin Steiger, of the second judicial circuit. A copy of a correspondence to Dr. Vidalia Upch is also enclosed. The report of the competency team to Judge Angela Dempsey has also been included.

Deane Jones is the administrator of Florida State Hospital. On several occasions I have contacted personnel about the abuse. It has been to no avail.

I have enclosed the documents to be construed in forma pauperis. By being at Florida State Hospital I am construed as in loco parentis. De jure for the aforementioned.

Do to the pain and suffering that I have endured at Florida State Hospital I trust that your attention to this matter will lead to its resolution. I pray this to the court

Very Truly Yours,

Ayokunmi O. Kwonjaa
ABA# 01333715
FSH# 108127

Damage in excess of $75,000.00
Compensatory. Social Security Retirement.
Punitive. FL State + US Military Pension failure to comply
discontinuance of SSA Benefits

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
_Tallahassee_ DIVISION

_Ayokunie Osceola KWANZAA_,
(enter your full name and ~~prisoner number~~)
Hospital Number
108127

Plaintiff,

vs.                                                             Case No. 4:11-CV-00085-RH-WCS

_Florida State Hospital_,
(enter full name(s) of all defendants)

Defendant(s).

Diane James, Administrator
Tony Reed, Director - Unit 3

**TITLE OF YOUR PLEADING**

The body of your pleading should state the nature of your request and what you want the Court to do for you.

_Ayokunie O. Kwanzaa_
(signature and prisoner number)

_P.O. Box 1000 - 3A_
(Mailing address)

_Chattahoochee, Florida 32320-1000_
(city, state and zip code)

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing (insert name of document here) has been furnished by regular U.S. Mail to counsel for the defendant, (insert name of defendant's attorney here) at (insert address of defendant's attorney here), on this date, (date you mailed the copy to the defendant's attorney).

_Ayokunie O. Kwanzaa_
(your signature)

www.FloridaStateHospital.com

3/28/11

P.O. Box 1000 - 3A
Chattahoochee, Florida 32324-1000
March 28, 2011

Hospital Attorney
Florida State Hospital c/o
Diane Jones, Administrator
100 N. Main St
Chattahoochee, Florida 32324

Dear Sir or Madam:

This to apprise you of the fact that a complaint for violation of civil rights has been filed with the United States District Court, Northern District of Florida, Office of the court. Pain, suffering, and discrimination based on Political Affiliation, race, gender, orientation of hetero, faith based teaching of Catholicism, nationality, creed, computer user, and education are the impetus for the complaint being filed. ¶ The plaintiff Ayokunu Osadapranga is pleading to the court for discharge Sui Juris, compensatory, and punitive damages in excess of $75,000. ¶ You may address this cause and its particulars herein indicated by contacting Mrs. Sheila Hurst-Rayborn at 111 N. Adams Street, Tallahassee, Florida 32301-7717, 850-321-3561, 850-521-3656 FAX.

Very truly yours,

Ayokunu O. Kivangaa
ABA No. 0133715

enclosures

If you will, please provide me with the name and address of the hospital attorney, not the one construed as the resident attorney Mike McCormick.

embezzlement of funds, and Florida Statute 906.145 - 916.145

## Retaliation Employment

As a form of retaliation I believe that the Medical Staff on the unit are reluctant to have my eyeglasses repaired I've asked them to do so on several occasions. They are aware that I have filed a civil rights complaint. The pain that I have the holding screws for the lenses fall out constantly. I need a new pair of glasses.

Prior to the complaint, in order that I can't use the computer the library closes every other week. The residents are allowed for basic copies 5 per day. In Retaliation use of copy machine efficiently and expediently.

As for as the resident employment program trust I been employed as an upholstery mechanic. I, the plaintiff am a Conscientious employee that strives for quality production when working since 5/2008. My plans upon discharge from Florida State Hospital is to engage in employment in legal, Financial, and social research. grant writing. Also Information Technology. computer operation design, and security

In regards to prevent brain damage the Plaintiff seeks and prays for an injunction to have the medication Zyprexa - olazapine and Klonopin stepped down therapeutically, gradual.

Staff member, unit 3A Connie Chasen called me a socialist bastard.

I feel that I have no need to go to a group home being that I wish to remain in Apalachicola, Fl.

Ayokunmi O. Kwanzaa
March 10, 2011

1-1

P.O. Box 1100-3A
Chattahoochee, Florida 32324-1100
March 28, 2011

Florida State Hospital c/o
Ms. Diane James, Administrator
100 N. Main Street
Chattahoochee, Florida 32324

Case No: 4:11cv085-RH/WCS

Dear Ms. James:

This is to apprise you that a complaint for violation of Civil Rights has been filed with the United States District Court, Northern District of Florida, Office of the Clerk Litigation against Florida State Hospital in which you are the administrator has been initiated for discrimination based on Political affiliation, race, gender, orientation - hetero, faith based teaching and doctrine of Catholicism, nationality, creed, computer use, and education in the hostile environment of Florida State Hospital.

You may address this cause and its particulars herein stated by contacting Mrs. Sheila Hurst-Rayborn Chief Deputy Clerk, 111 N. Adams Street, Tallahassee, Florida 32301-7717, 850-521-3501, 850-521-3656 FAX

Very Truly Yours,

embezzlement of funds -
Florida Statute 916.145 -

Ayokunre O. Lianzan
ABA No. 01333715

IN THE CIRCUIT COURT OF THE
SECOND JUDICIAL CIRCUIT IN AND FOR
GADSDEN COUNTY, FLORIDA
CASE NO. 06000235MHA

IN RE: KWANZAA, AYOKUNIE O. (108 127)

NOTICE OF VOLUNTARY DISMISSAL OF
PETITION FOR TREAMTENT ORDER

NOTICE IS HEREBY GIVEN that the Administrator of Florida State Hospital, Chattahoochee, Florida, by and through the undersigned attorney, voluntarily dismisses the petition in this cause, without prejudice.

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Voluntary Dismissal of Petition Treatment Order has been furnished to Office of the Public Defender, 24 North Adams Street, Suite 1, Quincy, Florida, 32351; and AYOKUNIE O. KWANZAA (108 127), c/o Unit 24, Florida State Hospital, Chattahoochee, Florida, 32324, on this 18th day of May, 2006.

JACQUELINE H. SMITH
Hospital Attorney
Florida State Hospital
Post Office Box 1000
Chattahoochee, FL 32324-1000
(850) 663-7247
Florida Bar No: 0539945



**State of Florida
Department of Children and Families**

Charlie Crist
*Governor*

George H. Sheldon
*Secretary*

Diane R. James
*Hospital Administrator*

March 19, 2009

Honorable James C. Hankinson
Second Judicial Circuit
33 Market St., Ste. 203
Apalachicola, Florida 32320

RE: State vs. Ayokunie Kwanzaa, 108 127
    Case Number: 06-000063CFMA

Dear Judge Hankinson:

Enclosed is the current competency evaluation on the above referenced individual, prepared by his recovery team at Florida State Hospital.

As indicated, the staff are of the opinion that this resident **remains incompetent to proceed** and **continues to meet criteria** for continued involuntary commitment.

Should you have any questions in this regard, please do not hesitate to contact me at (850) 663-7323.

Sincerely,

Jacqu[...]
Hospi[...]

JHS/mjh

Enclosures

Hospital Attorney
Phone: 850 663-7323   Fax: 850 663-7635
Florida State Hospital - Post Office Box 1000 · Chattahoochee, Florida 32324-1000

Mission: Protect the Vulnerable, Promote Strong and Economically Self-Sufficient Families, and Advance Personal and Family Recovery and Resiliency

(2)

# FLORIDA STATE HOSPITAL

# Competency Overview

## Why am I at Florida State Hospital?

You have been charged with a crime.

1. The judge felt that you were not ready to go through the legal process. Because of this, the judge found you incompetent to proceed.

2. The judge decided this because he or she felt that you might have a mental illness that keeps you from helping your lawyer defend you in court.

3. The Judge ordered that you come to **Florida State Hospital** for treatment of your mental illness and training about the court system. This is so that you can become **competent to proceed** and go back to court.

## THE COURT

The court system is **adversarial**. That means that there are two sides in the case and both sides try to win the case. The Defendant (you) and the defense attorney are on one side and the State Attorney (prosecutor) is on the other side against you.

### The Judge:

- Keeps order in the court.
- Makes sure everyone follows the rules of the court.
- The Judge is **neutral** or **impartial**. That means he is not on either side and does not help one side more than the other.
- Passes sentence if the defendant is found guilty.
- Sets the defendant free if the verdict is Not Guilty.
- Decides if the defendant is guilty or not guilty when the trial is a "bench" trial (no jury.)

### The Defense Attorney or Public Defender:

- Is the lawyer that is for you, on your side.
- Does his or her best to get you free.
- Is trying to protect you.
- Tries to get you a reduced sentence if you are found or plead guilty.

### The Prosecutor or State Attorney:

- Is against you and is NOT on your side at any time.

- Their job is to prove that you are guilty.

### Pleas

- **Guilty**: I did the crime.
- **Not Guilty**: I did NOT do the crime.
- **Not Guilty by Reason of Insanity (NGI)**: At the time of the crime, I was mentally ill and did not understand that what I was doing was wrong.
- **No contest**: I am not saying whether or not I committed the crime. I want the judge to decide what happens in my case.

### Plea Bargain

A deal between the State Attorney, your lawyer or Public Defender, and you. The judge has to agree with the plea bargain. It usually results in a sentence less than you would have gotten without a plea bargain.

### Behavior in Court

While you are at Florida State Hospital, we check your behavior to be sure that you can behave properly in court: calm, quiet, and paying attention.

### Ability to Testify

You must be able to speak in an organized way and answer questions. It is important to know that you must tell the truth in court but do not have to say anything that makes you look guilty (incriminates you).

## What do I have to do to go back to court?

You must be competent to go ahead with your case in court. This means that you must show that you are competent to proceed. To be competent to proceed, you must:

1. Rationally understand your current legal situation. This means:
   a. You must know the charges against you; what the police say that you did.
   b. You must know the possible sentences or penalties for a person found guilty of your charges.
   c. You must understand that the court system is an **adversarial** system. You must show that you understand how the court system works and what the people who work in the court do.

2. Be able to work with your defense attorney (lawyer) and make decisions about your defense in a rational way. This means:
   a. You must be able to provide accurate and important information about your case to your lawyer or attorney.
   b. You must be able to behave appropriately in court.
   c. You must be able to testify and give evidence in court to defend yourself, if necessary.

2

## What can I do to become competent to proceed and leave the hospital as soon as possible?

1. Cooperate with treatment.
2. Take the medication that the doctor says you need.
3. Be on your best behavior.
4. Participate in the groups where they talk about court and the people in the court.

## What do I need to know?

### MY CHARGES

Crimes are either **misdemeanors** or **felonies**:

**Misdemeanors** are less serious than felonies. Misdemeanors are such crimes as loitering, trespassing, assault, simple battery, and some traffic offenses.

**Felonies** are more serious crimes. Being charged with a felony is a very serious matter. Felonies are crimes such as battery on a law enforcement officer, armed robbery, burglary of an occupied structure, battery, and aggravated assault.

3

## MY POSSIBLE PENALTIES

You must know the possible penalties for someone found guilty of the crimes that you are charged with. Different types of felonies and the maximum sentences are:

### Possible punishments with prison time

**CAPITAL FELONY**: Penalties include death or life in prison.

**LIFE FELONY**: Maximum Life in Prison

**1st DEGREE FELONY**: maximum 30 years in prison.

**2nd DEGREE FELONY**: Maximum 15 years in prison.

**3RD DEGREE FELONY**: Maximum 5 years in prison.

### Possible punishments without prison time

- Probation
- Community Service
- Community Control
- County Jail Confinement (1 year or less)
- Time Served

**If found innocent**: No punishment.

4