# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

AYOKUNIE O. KWANZOA,

    Plaintiff,

v.                                        CASE NO. 4:11cv85-RH/WCS

DR. ANTHONY McCOY,

    Defendant.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 16. The plaintiff moved for reconsideration, ECF No. 17. The magistrate judge denied the motion for reconsideration, *see* ECF No. 18, but I treat the motion as also constituting objections to the report and recommendation. I have reviewed *de novo* the issues raised by the objections.

Some of the plaintiff's allegations are fanciful and removed from reality. Others are unsupported by factual allegations. The plaintiff has alleged no *facts* supporting any claim against this defendant. Accordingly,

    IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's

opinion.  The clerk must enter judgment stating, "The complaint is dismissed with prejudice under 28 U.S.C. § 1915(e)(2)(B)."  The clerk must close the file.

SO ORDERED on July 18, 2011.

s/Robert L. Hinkle  
United States District Judge
